B-04-CV-77

United States District Court
Southern District of Texas
FILED

JUN 0 9 2004

Michael N. Milby
Clerk of Court

| RETURN OF SERVICE | *Personal Serv* | |
|---|---|---|
| Service of the Summons and Complaint was made by? ON Jesus Gomez Paredes | Date 6/8/04 6 PM | |
| NAME OF SERVER (PRINT) Eddie M Gonzaly | Title Process Server | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served. 6432 Dockberry Road #7 Brownsville, TX 78521

☐ Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left. _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

### DECLARATION OF SERVICES

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on 6/8/04
6:00 PM

Signature of Server: Eddie M Gonzaly

PROFESSIONAL CIVIL PROCESS
700 PAREDES AVE., #208
BROWNSVILLE, TEXAS 78520
TEL. (956) 546-1313

Address of Server