UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUL 06 2004

M... N. ,
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action B-04-077 |
| | § | |
| Jesus Gomez Paredes | § | |

United States District Court
Southern District of Texas
FILED

JUL 0 6 2004

Michael N. Milby
Clerk of Court

Joint Motion for Agreed Judgment

The United States of America and Jesus Gomez Paredes ("Paredes"), request that the Court to sign the Agreed Judgment filed with this Joint Motion.

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: _____
L. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

By: _____
Jesus Gomez Paredes, Defendant
6432 Dockberry Rd. Trailer 7
Brownsville, TX 78521

Acknowledged before me by Jesus Gomez Paredes on the _____ day of _____, 2004.

Notary Public