

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  * | |
| VS                        * | CASE NO. B04-077 |
| JESUS GOMEZ PAREDES       * | |

**United States District Court**
**Southern District of Texas**
**ENTERED**

**JUL 1 4 2004**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## ORDER STRIKING DOCUMENT

The Clerk has filed your <u>Joint Motion for Agreed Judgment</u>; however, it is deficient as checked. (L.R. refers to the Local Rule of this District.

1. ____   Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2. ____   Filing is not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3. ____   One or more of the following are not included beneath the attorney's signature:
   (a)   state bar number; or
   (b)   Southern District of Texas Federal Bar Number; or
   (c)   office address including zip code; or
   (d)   telephone and facsimile numbers with area codes (LR 11.3(A)).

4. ____   A copy of the filing was not provided (LR.5.2).

5. ____   No certificate of service, or an explanation why service is not required (LR 5.4, CrLR 12.4)

6. ____   No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR 7.1(D), CrLR 12.2)

7. ____   Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2, CrLR 12.2).

8. ____   A separate proposed order was not attached (LR 7.1, CrLR 12.2).

9. _X_   Other: Notary Public did not sign the acknowledgment.

The document is stricken from the record.

Date: July 12, 2004

_____
Felix Recio, United States Magistrate Judge