UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 1 2004

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| *versus* | § | Civil Action B-04-077 |
| | § | |
| Jesus Gomez Paredes | § | |

MOTION FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the United States of America requests an entry of default against Jesus Gomez Paredes. Jesus Gomez Paredes has not filed an answer or other responsive pleading in this cause.

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX:   (214) 373-6810
Attorneys for the United States of America

## Certificate of Service

I certify that a true copy of the Motion for Entry of Default, Entry of Default, Motion for Default Judgment, and the proposed Default Judgment was sent to Jesus Gomez Paredes at 6432 Dockberry Rd., Trailer 7, Brownsville, TX 78521, by (1) certified mail, return receipt requested, No. 7000 1670 0010 5942 0053, and (2) regular, first class mail on the 9th day of August, 2004.