UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action B-04-077 |
| Jesus Gomez Paredes | § | |

ENTRY OF DEFAULT

Pursuant to Rule 55(a), FED. R. CIV. PROC., the Clerk of the Court is hereby ordered to make an entry of default against Jesus Gomez Paredes in that the said defendant has not filed an answer or other responsive pleading in this cause.

Done this 18 day of August, 2004, at Brownsville, Texas.

_Dahelle Ahumada_
United States Deputy District Clerk