**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

SEP 2 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CIVIL ACTION NO. B-04-077 |
| JESUS GOMEZ PAREDES | § | |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

A. The Magistrate Judge's Report and Recommendation is hereby ADOPTED;

B. Plaintiff's Motion for Default Judgment (Pleading No. 8) is hereby GRANTED; and

C. Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

1. Principal Balance as of September 29, 2000      $2,715.52
2. Current Interest                                 $2,124.63
3. Administrative Fees, Costs, Penalties            $    0.00
4. Attorney's Fees                                  $  550.00
5. Pre-Judgment Interest Rate Per annum                 8.00%
6. Daily Accrual:                                   $    0.60
7. TOTAL Balance Due (Including Attorney's Fees)    $5,390.15
8. Post Judgment Interest equals 2.09 % per annum

DONE in Brownsville, Texas, this 22 of September 2004.

Hilda G. Tagle
United States District Judge