UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 2 2004

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| *versus* | § | Civil Action B-04-077 |
| | § | |
| Jesus Gomez Paredes | § | |

United States' Motion to Compel and for Sanctions

United States of America moves for an order compelling Jesus Gomez Paredes ("Paredes") to respond to post-judgment discovery and awarding sanctions against Paredes, pursuant to Rule 37 of the Federal Rules of Civil Procedure.

1. On September 30, 2004, the United States mailed its postjudgment Interrogatories and Requests for Production of Documents to Paredes, by certified mail, return receipt requested, and by first class mail. (Exhibit 1) The certified mail was returned signed. The postjudgment discovery sought information regarding the financial condition of Paredes, as allowed by 28 U.S.C. §3015.

2. Written demand for the responses was sent to Paredes by letter dated November 9, 2004. (Exhibit 2).

3. Paredes failed to respond to the discovery requests. The United States attempted to obtain responses from Paredes. The United States spoke with Paredes and attempted to obtain discovery responses on October 5, 2004 and October 19, 2004.

4. Attached is a certification that the United States has in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court action. Fed. R. Civ. Proc. 37(a)(2)(B).

5. Under Rule 37 of the Federal Rules of Civil Procedure, if a motion compelling responses to discovery is granted, the Court shall require the party whose conduct necessitated the motion to pay to the moving party the reasonable expenses incurred in making the Motion, including attorney's fees, unless the court finds that the motion was filed without the movant first

making a good faith effort to obtain the discovery without court action, or that the opposing party's nondisclosure, response, or objection was substantially justified, or that other circumstances make an award of expenses unjust. Fed. R. Civ. Proc. 37(a)(4)(A).

6.  The United States requests that the court order Paredes to respond to post-judgment discovery fully and completely, and award sanctions against Paredes pursuant to Rule 37 of the Federal Rules of Civil Procedure for failure to properly respond to the discovery. A reasonable attorney's fee is $200.00 for one hour for the efforts to obtain responses to the postjudgment discovery and to prepare this motion. Additional attorney's fees will be requested for preparing for and attending any hearing on this motion.

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: _____
Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on Jesus Gomez Paredes at 6432 Dockberry Rd., Trailer 7, Brownsville, TX 78521 by certified mail, return receipt requested, and regular mail on this ___29th___ day of ___November___, 2004.