UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA, §
§
§   Civil Action B-04-077
versus §
§
Jesus Gomez Paredes §

## POST-JUDGMENT DISCOVERY

TO:   Jesus Gomez Paredes, 6432 Dockberry Rd. Trailer 7, Brownsville, TX 78521

The United States has a judgment against you. The Federal Rules of Civil Procedure require that you provide the requested information and produce the requested documents which relate to your financial affairs. Unless you have objections recognized by law, which you must describe fully, answer each of the attached questions (called Interrogatories) and produce all of the described documents for inspection and copying to the offices of BENNETT, WESTON & LaJONE, P.C., 1750 Valley View Lane, Suite 120, Dallas, Texas 75234.

Failure to answer each interrogatory fully documents are serious matters which will be brou

**INSTRUC**

answers to the in

hin 30

TO:  Jesus Paredes
     6432 Dockberry Rd.
     Trailer 7
     Brownsville, TX 78521

TON &
Lane, S
34

SENDER: clb

REFERENCE:

y in the

SWER A

UMENT

ocuments

e "none" i



EXHIBIT  1

## DEFINITIONS

4. "Document" means every writing or record of every type and description in your possession, custody or control.

5. "You," or "Your" refers to Jesus Gomez Paredes, and, IF YOU ARE MARRIED, THE TERM INCLUDES YOUR SPOUSE.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: _____

J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX:   (214) 373-6810
Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on defendant by certified mail (No. 7101 7594 0450 0000 504X) and regular mail on this 30th day of September, 2004.

_____

**EXHIBIT 1**

**BENNETT, WESTON & LaJONE, P.C.**
Attorneys and Counselors At Law
1750 Valley View Lane, Suite 120
Dallas, Texas 75234

(214) 691-1776                                                                                   Fax: (214) 373-6810

September 30, 2004

**PERSONAL AND CONFIDENTIAL**
Jesus Gomez Paredes
6432 Dockberry Rd. Trailer 7
Brownsville, TX 78521
**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
NO. _7101759044501105046_ AND REGULAR MAIL

      Re:    *United States of America v. Jesus Gomez Paredes*, Civil Action B-04-077

Enclosed is United States' Postjudgment Discovery served on you under the Federal Rules of Civil Procedure. The first two pages of the Post Judgment Discovery contain important instructions which you must read and follow carefully.

You must respond fully and truthfully to the discovery requests within the time allowed. If you need additional time, please call us immediately.

If you wish to settle this claim, please call us.

**CONTACT YOUR ATTORNEY WITH ANY QUESTIONS ABOUT YOUR RIGHTS.**

                                     Yours very truly,

                                       J. MICHAEL WESTON

encl.

**WE COLLECT DEBTS FOR CLIENTS.
THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

EXHIBIT __1__