**BENNETT, WESTON & LaJONE, P.C.**
Attorneys and Counselors At Law
1750 Valley View Lane, Suite 120
Dallas, Texas 75234

(214) 691-1776                                                                                                    Fax: (214) 373-6810

November 9, 2004

Jesus Gomez Paredes
6432 Dockberry Rd. Trailer 7
Brownsville, TX 78521

    Re:    **United States of America v. Jesus Gomez Paredes**, No. B-04-077, Judgment
            dated: September 22, 2004

YOU HAVE NOT RESPONDED TO THE POST JUDGMENT DISCOVERY
SERVED ON YOU.

**You must immediately and completely respond to the post-judgment discovery. If you do not respond, we will ask that the United States District Court impose sanctions on you.**

THIS IS A SERIOUS MATTER.

CONTACT YOUR ATTORNEY IMMEDIATELY.

IF YOU HAVE QUESTIONS OF US, CALL HELEN FABIAN AT EXTENSION 237.

WE COLLECT DEBTS FOR CLIENTS.
THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Yours very truly,



J. MICHAEL WESTON

EXHIBIT 2