UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action B-04-077 |
| | § | |
| Jesus Gomez Paredes | § | |

### Certificate of Conference

The following declaration is made in accordance with Rule 37 of the Federal Rules of Civil Procedure:

The undersigned certifies that his office has made good faith attempts to confer with Jesus Gomez Paredes in an effort to obtain the discovery responses without court action. However, the undersigned's office has been unsuccessful in obtaining the discovery responses from Jesus Gomez Paredes. A representative of the office spoke with Jesus Gomez Paredes and attempted to obtain discovery responses on October 5, 2004 and October 19, 2004. Jesus Gomez Paredes stated he would respond to the discovery. Jesus Gomez Paredes has not responded to the discovery.

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America