UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § § | Civil Action B-04-077 |
| Jesus Gomez Paredes | § § | |

Order Compelling Discovery Responses and Awarding Sanctions

Jesus Gomez Paredes must fully respond to the interrogatories and requests for production served upon Jesus Gomez Paredes by the United States by January 5, 2004.

If Jesus Gomez Paredes fails to comply with this order, Jesus Gomez Paredes may be held in contempt.

The United States is awarded costs and attorney's fees of $200.00 against Jesus Gomez Paredes. Costs and attorney's fees shall be paid to counsel for the United States by January 5, 2004.

SIGNED this _____ day of _____, 2004.

_____
United States District Judge