UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 2 2005

Michael N. Milby, Clerk of Court

ENTERED

JAN 1 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CIVIL ACTION NO. B-04-077 |
| | § | |
| JESUS GOMEZ PAREDES | | |

### ORDER COMPELLING DISCOVERY RESPONSES

Jesus Gomez Paredes must fully respond to the interrogatories and requests for production served upon Jesus Gomez Paredes by the United States by February 14, 2005.

If Jesus Gomez Paredes fails to comply with this order, he may be held in contempt.

SIGNED this 12th day of January 2005, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge