United States District Court
Southern District of Texas
ENTERED

APR 0 6 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-077 |
| | § | |
| JESUS GOMEZ PAREDES, | § | |
| Defendant. | § | |

## ORDER

On December 2, 2004 the government filed a motion to compel discovery responses and for an award of sanctions in the above styled and numbered case (Docket No. 12). On January 13, 2005 the Court entered an order explicitly granting the government's motion to compel discovery responses but implicitly denying the request for sanctions (Docket No. 13). This order is to clarify that the government's motion for sanctions was indeed denied. The clerk is therefore ORDERED to take such motion off the pending motions list.

IT IS SO ORDERED.

DONE at Brownsville, Texas this 6th day of April, 2005.

_____
Felix Recio
United States Magistrate Judge